UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x

In re: PURDUE PHARMA
BANKRUPTCY APPEALS
───────────────────────────────── x

This Filing Relates to
───────────────────────────────── x

The Peter Ballantyne Cree Nation, et al. v.      21 cv 7962 (CM)
Purdue Pharma, et al.
───────────────────────────────── x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2021

# NOTICE

McMahon, J.:

    Question addressed to counsel for the Canadian Appellants: is there a misplaced "not" at the end of the fourth line from the bottom of page 24 of your brief? Should not that sentence read: "Accordingly, whenever the Shareholder Released Parties took actions to control multiple Purdue entities, which is what they usually did, claims based on that conduct are not subject to the carve out and are released?" Please advise soonest.

Dated:   October 29, 2021

_____
U.S.D.J.

BY ECF TO ALL PARTIES